uary 11, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Swanson, JJ.

[No. 1286-3.    Division Three.    August 6, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER CHARLES CARR, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 22213, Donald N. Olson, J., entered September 9, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1279-3.    Division Three.    August 7, 1975.]

GORDON ANDERSON, *Appellant*, v. AUGUST LEONARD ANDERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Columbia County, No. 10489, Patrick McCabe, J., entered July 26, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson, J., and Evans, J. Pro Tem.

[No. 1239-3.    Division Three.    August 7, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JACK, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 21564, Del Cary Smith, Jr., J., entered June 17, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2736-1.    Division One.    August 11, 1975.]

JAMES H. KUHNHAUSEN, *Appellant*, v. JACK YOUNGBERG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 746401, Edward E. Henry, J., entered December 12, 1973. *Reversed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Swanson, J.

[No. 3376-43274-1.    Division One.    August 11, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES H. GOODLOW, *Appellant.*

Appeal from a judgment of the Superior Court for King